**364**

**COM.**

v.

**WILMER, S.**

**32 WDA 2017**

Superior Court of Pennsylvania.

07/07/2017

CP–02–CR–0016482–2005
(Allegheny)

Affirmed

■

**IN the INTEREST OF: L.L., a minor,**

**Appeal of: S.L.**

**159 WDA 2017**

Superior Court of Pennsylvania.

07/07/2017

CP–02–AP–0000101–2016 (Allegheny)

Affirmed

■

**COM.**

v.

**CHUMLEY, R.**

**281 WDA 2017**

Superior Court of Pennsylvania.

07/07/2017

CP–37–MD–0000375–1976
(Lawrence)

Affirmed

**COM.**

v.

**BROWN, F.**

**3503 EDA 2015**

Superior Court of Pennsylvania.

07/10/2017

CP–51–CR–0009721–2013 (Philadelphia)

Affirmed

■

**COM.**

v.

**RILEY, L.**

**134 EDA 2016**

Superior Court of Pennsylvania.

07/10/2017

CP–51–CR–0510931–2004
(Philadelphia)

Remanded Jurisdiction Retained